1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  TAMI M. KRENZIN, State Bar No. 183925
   Supervising Deputy Attorney General
3  DAVID ANDREW ELDRIDGE, State Bar No. 172100
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7753
6   Fax:  (916) 324-2960
    E-mail:  David.Eldridge@doj.ca.gov
7  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY RAY JOHNSON,** | 1:21-cv-01313-DAD-EPG |
| Petitioner, | **Notice of Lodging of Documents (State Court Record) (Part 2 of 3)** |
| v. | |
| **STUART SHERMAN, Warden,** | |
| Respondent. | |

Respondent now electronically lodges the non-miscellaneous state court record, as follows:

California Court of Appeal, No. F071640

23.  Reporter's Transcript (RT), Master Index;
24.  RT, vol. 1;
25.  RT, vol. 2;
26.  RT, vol. 3 [unavailable; blank sheet supplied];
27.  RT, vol. 4;
28.  RT, vol. 5;
29.  RT, vol. 6;
30.  RT, vol. 7;
31.  RT, vol. 8;
32.  RT, vol. 9;
33.  RT, vol. 10;
34.  RT, vol. 11;
35.  RT, vol. 12;
36.  RT, vol. 13;
37.  RT, vol. 14;

1

38. RT, vol. 15;
39. RT, vol. 16;
40. RT, vol. 17;
41. RT, vol. 18;
42. RT, vol. 19;
43. RT, vol. 20;
44. RT, vol. 21;
45. RT, vol. 22;
46. RT, vol. 23;
47. RT, vol. 24;
48. RT, vol. 25;
49. RT, vol. 26;
50. RT, vol. 27;
51. RT, vol. 28;
52. RT, vol. 29;
53. RT, vol. 30;
54. RT, vol. 31;
55. RT, vol. 32;
56. RT, vol. 33;
57. RT, vol. 34;
58. RT, vol. 35;
59. RT, vol. 36;
60. RT, vol. 37.

Dated:  October 25, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
TAMI M. KRENZIN
Supervising Deputy Attorney General

s\ *David Andrew Eldridge*
DAVID ANDREW ELDRIDGE
Deputy Attorney General
Attorneys for Respondent

## DECLARATION OF SERVICE BY U.S. MAIL

**Johnson v. Sherman, Warden**              **No. 1:21-cv-01313-DAD-EPG**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On October 25, 2021, I served the attached

**Notice of Lodging of Documents (State Court Record) (Part 1 of 3)**

**Notice of Lodging of Documents (State Court Record) (Part 2 of 3)**

**Notice of Lodging of Documents (State Court Record) (Part 3 of 3)**

by placing a true copy of each thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Billy Ray Johnson
AW-7702
California State Prison, Corcoran (3461)
PO Box 3461
Corcoran CA 93212-3461

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is correct and that this declaration was executed on October 25, 2021.

s\ *D. Eldridge*
Declarant